IN THE UNITED STATES BANKRUPTCY COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

```
IN RE: RALPH D. &                       )
       CATHERINE M. CAMPBELL,           )
                                        )
U.S. Bank, N.A., Successor in           )
interest to the Federal Deposit         )
Insurance Corporation as receiver       )
for Downey Saving and Loan              )
Association, F.A.,                      )
            Creditor,                   )      CASE NO. 11-80012
     vs.                                )      JUDGE Thomas L. Perkins
                                        )
RALPH D. & CATHERINE M. CAMPBELL,       )
            Debtors,                    )
```

**MOTION TO MODIFY THE AUTOMATIC STAY IN REM**

NOW COMES U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 1551 Calle Patricia, Pacific Palisades, CA, be Modified In Rem, stating as follows:

1. On January 3, 2011, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A. services the first mortgage lien at the property located at 1551 Calle Patricia, Pacific Palisades, CA.

4. According to the attached Grant Deed (see Exhibit A), on January 3, 2011, the day of the filing of the instant case, Debtor Ralph

Campbell was granted a one percent (1%) interest in the property located at 1551 Calle Patricia, Pacific Palisades, CA, 90272.

5. Debtors have not scheduled any interest in the subject property.

6. Upon information and belief, U.S. Bank, N.A., is of the understanding that Debtors have absolutely no knowledge of this fractional interest transfer.

7. The aforementioned Grant Deed is likely a fraudulent transfer of a fractional interest, commonly occurring in California to thwart the ongoing foreclosure process.

8. U.S. Bank, N.A. seeks In Rem relief as to the subject property, to preclude any future abuses of the bankruptcy court in furtherance of Grantor's likely fraudulent scheme.

9. U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A. continues to be injured each day it remains bound by the Automatic Stay.

10. U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A. is not adequately protected.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 1551 Calle Patricia, Pacific Palisades, CA, be Modified In Rem and leave be granted to U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for

Downey Saving and Loan Association, F.A. to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

      U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A.

      /s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn St.
13th Floor
Chicago, Illinois 60602
(312)346-9088

```
              IN THE UNITED STATES BANKRUPTCY COURT
                  CENTRAL DISTRICT OF ILLINOIS
```

IN RE:    RALPH D. & CATHERINE M. CAMPBELL    )
                                              ) CASE NO. 11-80012
                                              ) JUDGE Thomas L. Perkins
                                              )

## CERTIFICATE OF SERVICE

    I, the undersigned, Attorney, Certify that a copy of the attached Motion was served to the addresses attached by Electronic Notice through ECF or depositing the same in the United States Mail at 1 North Dearborn Street, #1300 Chicago, Illinois 60602, at or before 5:00 p.m., on March 22, 2011, with proper postage prepaid.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

**\*\*THESE DOCUMENTS ARE AN
ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE\*\***

Pierce & Associates, P.C.
1 North Dearborn #1300
Chicago, Illinois 60602
(312) 346-9088

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Michael D. Clark
401 Main Street Suite 1130
Peoria, IL. 61602-1241
**by Electronic Notice though ECF**

U.S. TRUSTEE
401 Main Street
Suite 1100
Peoria, Illinois 61602
**by Electronic Notice through ECF**


To Debtors:
RALPH D. & CATHERINE M. CAMPBELL
1551 Calle Patricia
Pacific Palisades, CA 90272
**by U.S. Mail**


3117 N. Emery
Peoria, IL 61604
**by U.S. Mail**



To Attorney:
Spencer L. Daniels
411 Hamilton Boulevard #1304
Peoria, Illinois 61602
**by Electronic Notice though ECF**


PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA11-1570