**IT IS SO ORDERED.**

**SIGNED THIS: April 12, 2011**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: RALPH D. &                   )
       CATHERINE M. CAMPBELL,       )
                                    )
U.S. Bank, N.A., Successor in       )
interest to the Federal Deposit     )
Insurance Corporation as receiver   )
for Downey Saving and Loan          )
Association, F.A.,                  )
           Creditor,                )    CASE NO. 11-80012
      vs.                           )    JUDGE Thomas L. Perkins
                                    )
RALPH D. & CATHERINE M. CAMPBELL,   )
           Debtors,                 )
```

**ORDER MODIFYING STAY IN REM**

THIS CAUSE COMING ON TO BE HEARD on the motion of U.S. Bank, N.A., Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified In Rem and leave is hereby granted to U.S. Bank, N.A., Successor in

interest to the Federal Deposit Insurance Corporation as receiver for Downey Saving and Loan Association, F.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 1551 Calle Patricia, Pacific Palisades, CA.

Legal Description as follows:

LOT 45 OF TRACT NO. 44651, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1131, PAGES 7 TO 14 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 11-1570

###